RECEIVED
SEP 20 2013

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE BOYETTE,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>    Respondent | Case No.: 3:13cv4376-WHO<br><br>**DEATH PENALTY CASE**<br>NO EXECUTION DATE SET<br><br>[PROPOSED] ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO THE SELECTION BOARD FOR SUGGESTION OF APPOINTED COUNSEL |

Upon request of petitioner, and pursuant to Local Rules 2254-25 (a), (b) and (c),

IT IS HEREBY ORDERED that the execution of petitioner's sentence of death and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until final disposition in this Court of the federal habeas corpus petition to be filed on petitioner's behalf.

IT IS FURTHER ORDERED, that this matter be referred to the Selection Board for the United States District Court, Northern District of California, for suggestion of one or more counsel to be appointed to represent petitioner in these proceedings.

The Clerk of the Court shall serve a certified copy of this order on petitioner; respondent, Kevin Chappell, Warden of San Quentin Prison; the Clerk of the Alameda County Superior Court; Christina Vom Saal,

//
//

Deputy Attorney General of the State of California; and Michael G. Millman, Executive Director of the California Appellate Project, San Francisco.

DATED:  September 24, 2013

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

_____
Patricia Daniels
Attorney at Law, California Appellate Project
On behalf of Petitioner
Maurice Boyette

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE BOYETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN CHAPPELL et al,<br><br>    Defendant._____/ | Case Number: CV13-04376 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Maurice Boyette H-76600
San Quentin State Prison
San Quentin, CA 94974


Dated: September 24, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk