UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE BOYETTE,<br><br>　　　　Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>　　　　Respondent | Case No.: 13-CV-4376-WHO<br><br>[PROPOSED] ORDER APPOINTING COUNSEL<br><br>**DEATH PENALTY CASE**<br><br>FILED UNDER SEAL |

　　　Pursuant to Local Rule 2254-25, subdivisions (a) and (b), and the recommendation of the Selection Board for the United States District Court for the Northern District of California, Richard B. Mazer, 99 Divisadero Street, San Francisco, CA 94117, telephone number (415) 621-4100, and William L. Osterhoudt, 135 Belvedere Street, San Francisco, CA 94117, telephone number (415) 664-4691, are appointed as co-counsel to represent petitioner in these habeas corpus death penalty proceedings.

DATED: January 29, 2014

_____
WILLIAM H. ORRICK
United States District Court Judge

Submitted by:

*Michael G. Millman*
Michael G. Millman
For the Selection Board

[PROPOSED] ORDER APPOINTING COUNSEL

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE BOYETTE,<br><br>        Plaintiff,<br><br>  v.<br><br>KEVIN CHAPPELL et al,<br><br>        Defendant.<br>_____/ | Case Number: CV13-04376 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maurice Boyette H-76600
San Quentin State Prison
San Quentin, CA 94974

Dated: January 30, 2014

                                                Richard W. Wieking, Clerk
                                                By: Jean Davis, Deputy Clerk