IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE BOYETTE,**<br><br>                              Petitioner,<br><br>         v.<br><br>**KEVIN CHAPPELL, Warden of California State prison at San Quentin,**<br><br>                              Respondent. | Case No. 3:13-cv-04376-WHO<br><br>**ORDER** |

   GOOD CAUSE APPEARING, it is hereby ordered that the Case Management Conference for May 27, 2014, be continued to June 17, 2014.

Dated:  May 9, 2014

_____
The Honorable William H. Orrick