UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE BOYETTE,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN CHAPPELL,<br><br>    Defendant. | Case No.  13-cv-04376-WHO<br><br>**CASE MANAGEMENT ORDER** |

The Court is in receipt of petitioner's habeas petition, filed on January 5, 2015. The Court directs the parties to confer and prepare a joint statement proposing a schedule for resolving any exhaustion issues and filing an answer. The parties shall file their joint statement no later than February 16, 2015. The Court will thereafter schedule a case management conference if necessary.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____

WILLIAM H. ORRICK
United States District Judge