UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE BOYETTE,

    Petitioner,

  v.

RON DAVIS, Acting Warden Of California State Prison At San Quentin,

    Respondent.

Case No. 13-cv-04376-WHO

**SCHEDULING ORDER**

The Court has reviewed the parties' Case Management Statement, filed on March 3, 2015, and adopts their proposed litigation schedule. Accordingly, the Court directs the parties as follows:

1) Within thirty days of this Order, respondent shall file a motion requesting determination of the exhaustion status of disputed claims;

2) Within thirty days of the date of service of respondent's motion, petitioner will file a response;

3) Within fourteen days of the date of service of petitioner's response, respondent shall file a reply. The Court will schedule a hearing if necessary.

**IT IS SO ORDERED**.

Dated: March 9, 2015



WILLIAM H. ORRICK
United States District Judge