UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAURICE BOYETTE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Acting Warden, San Quentin State Prison<br><br>　　　　　Respondent. | Case No. 13-cv-04376-WHO<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 37 |
|---|---|

Good cause appearing, petitioner's motion for an extension of time to file an opposition to respondent's motion to dismiss is GRANTED. Petitioner shall file his opposition on or before June 15, 2015.

**IT IS SO ORDERED**.

Dated: May 1, 2015



WILLIAM H. ORRICK
United States District Judge