UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE BOYETTE,

    Petitioner,

v.

RON DAVIS,

    Respondent.

Case No.  13-cv-04376-WHO

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Re: Dkt. No. 41

The Court has considered respondent's request to extend time until July 17, 2015, to file a reply to petitioner's opposition to respondent's Motion to Dismiss Mixed Petition.  Good cause appearing, respondent's request is GRANTED.

**IT IS SO ORDERED**.

Dated: June 29, 2015



WILLIAM H. ORRICK
United States District Judge