IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE BOYETTE,**<br><br>   Petitioner,<br><br>   v.<br><br>**GENA JONES, Warden of California Health Care Facility, Stockton,**[1]<br><br>   Respondent. | Case No. 13-cv-04376-WHO<br><br>**ORDER OF DISMISSAL** |

Petitioner has filed a Motion to Voluntarily Dismiss his Petition for Writ of Habeas Corpus Petition, pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court, having considered that motion and any papers relating thereto, hereby ORDERS:

1. The petition for writ of habeas corpus (ECF No. 21) is DISMISSED;
2. The Clerk is directed to close this case because this order terminates the proceeding in its entirety.

IT IS SO ORDERED.

Dated: April 3, 2025

William H. Orrick
United States District Judge

---

[1] Respondent's name has been changed to reflect that Petitioner has been transferred to California Health Care Facility, Stockton.

1